# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Justin Miller | : | Chapter 13 |
|  | : | Case No.20-11201-PMM |
| Debtor(s) | : | |

## ENTRY/WITHDRAW OF APPEARNCE

TO THE COURT:

Please enter the appearance of Brad J. Sadek, Esquire, on behalf of the Debtor in the above captioned matter.

DATED: 5/1/2023

*/S/ Brad J. Sadek*
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008