## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
|    Justin Miller | : | Chapter 13 |
| | : | Case No.20-11201-PMM |
|    Debtor(s) | : | |

### ENTRY OF APPEARNCE

TO THE COURT:

    Please enter the appearance of Brad J. Sadek, Esquire, on behalf of the Debtor in the above captioned matter.

DATED: 5/3/2023

    */S/ Brad J. Sadek*
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008